IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DIANNE C. WORMUTH | * |
| Plaintiff, | * |
| v. | *    Case No. 1:14-cv-03709-ELH |
| BANK OF AMERICA N.A., *et al.* | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dianne C. Wormuth ("Plaintiff"), Defendant Bank of America, N.A. ("BANA"), and Defendant Ocwen Loan Servicing, LLC ("Ocwen") (collectively, the "Parties"), through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that all claims asserted by Plaintiff against BANA and Ocwen in the above-captioned case are hereby dismissed with prejudice. The Parties further agree that each party shall bear its own attorneys' fees and costs.

Dated February 2, 2016

Peter A. Holland
The Holland Law Firm, P.C.
1910 Towne Centre Blvd., Suite 250
P. O. Box 6268
Annapolis, Maryland 21401
(410) 280-6133
(410) 280-8650 (Fax)
Peter@hollandlawfirm.com

Scott C. Borison
Legg Law Firm, LLC
1900 S. Norfolk Road, Suite 350
San Mateo, California 94403

Respectfully Submitted,

Ava E. Lias-Booker (Federal Bar No. 05022)
Craig R. Haughton (Federal Bar No. 28585)
MCGUIREWOODS LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4400
(410) 659-4599 (Fax)
alias-booker@mcguirewoods.com
chaughton@mcguirewoods.com

*Counsel for Defendant Bank of America, N.A.*

| | |
|---|---|
| (301) 620-1016<br>(301) 620-1018 (Fax)<br>Borison@legglaw.com<br><br>Robert David Humphreys<br>Lucius James Wallace<br>Humphries Wallace Humphreys, P.C.<br>9202 Toledo Avenue<br>Tulsa, OK 74137<br>david@hwh-law.com<br>luke@hwh-law.com<br><br>*Counsel for Plaintiff* | /s/ Edward W. Chang<br>Edward W. Chang<br>Joseph J. Patry<br>Blank Rome LLP<br>600 New Hampshire Avenue NW Washington,<br>DC 20037 (202) 772-5832 Fax: (202) 572-8431<br>EChang@BlankRome.com<br>JPatry@BlankRome.com<br><br>*Counsel for Defendant Ocwen Loan Servicing, LLC* |